# UNITED STATES DISTRICT COURT

**DISTRICT OF SOUTH CAROLINA – FLORENCE DIVISION**

Travis Sintell McCrae,

Plaintiff,

v.

Truist Bank (Mike McGuire, Chief Financial Officer; Rachel Sickles, Account Officer),

and Sure Payroll, Inc.,

Defendants.

Civil Action No.: _____

---

# PLAINTIFF'S OMNIBUS MOTION FOR FIDUCIARY BREACH, FINANCIAL MISCONDUCT, AND UNJUST ENRICHMENT

---

## I. INTRODUCTION AND JURISDICTION

Plaintiff Travis Sintell McCrae, pro se, in his capacities as Principal Officer of Nipsey'z Checkmate Inc. and Trustee of the Travis Sintell McCrae Living Trust, submits this Omnibus Motion pursuant to Federal Rules of Civil Procedure 3, 7(b), 8, 10, and 56, asserting claims of fiduciary breach, financial misconduct, and unjust enrichment against Truist Bank and Sure Payroll, Inc.

This Court has jurisdiction under 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1367(a) (supplemental jurisdiction), 15 U.S.C. § 1692 (Fair Debt Collection Practices Act), 12 U.S.C. § 1818 (bank fiduciary obligations), and UCC Articles 3 and 9 (negotiable instruments and

secured transactions). Venue is proper in this District, as the transactions and harm occurred within Florence County, South Carolina.

## II. STATEMENT OF FACTS

1. Plaintiff maintained personal, business, and trust accounts with Truist Bank, all of which were wrongfully frozen and later closed without notice or due cause, in violation of federal and contractual banking standards.

2. These closures were initiated under the supervision of CFO Mike McGuire and Account Officer Rachel Sickles, who acted without proper authorization, notice of default, or opportunity to cure, as required under UCC § 9-601 and 15 U.S.C. § 1692e(2).

3. Defendant Sure Payroll, Inc., which handled payroll deposits for Nipsey'z Checkmate Inc., unlawfully withheld funds and transmitted confidential financial information to third parties without authorization.

4. As a direct result, Plaintiff's business operations, payroll distributions, and government contracting activities were disrupted, resulting in financial loss, reputational harm, and breach of trust fiduciary security.

5. Defendants acted willfully, engaging in bad-faith conduct, data manipulation, and unjust enrichment through the use of Plaintiff's funds, violating South Carolina Code § 36-1-203 (obligation of good faith in performance).

## III. LEGAL STANDARD

Under FRCP 56(a), summary judgment shall be granted when the movant shows there is no genuine issue of material fact.

Under UCC Article 3, financial institutions that accept, hold, or process negotiable instruments owe a fiduciary duty to ensure proper accounting and disbursement.

Under UCC Article 9, secured party obligations prohibit unauthorized control or transfer of debtor collateral (In re Apex Oil Co., 975 F.2d 1365 (8th Cir. 1992)).

South Carolina law recognizes claims for breach of fiduciary duty and conversion where financial institutions act in bad faith (Huggins v. Citibank, N.A., 355 S.C. 329 (2003)).

# IV. ARGUMENT

## A. Truist Bank Breached Its Fiduciary and Contractual Obligations

Truist, acting through CFO Mike McGuire and Officer Rachel Sickles, breached fiduciary duty by closing Plaintiff's accounts and withholding trust assets without cause. Their acts violated 12 U.S.C. § 1818(b) and UCC § 9-207, which require banks to safeguard depositor collateral and act in good faith.

## B. Sure Payroll Engaged in Financial Misconduct and Data Misuse

Sure Payroll's unauthorized disclosure of business and employee data to third parties constitutes financial misconduct, data breach, and fiduciary violation under 15 U.S.C. § 6801 (Gramm-Leach-Bliley Act).

Their delay and refusal to release payroll funds equate to conversion under South Carolina common law.

## C. Violations of Federal and State Consumer Protection Statutes

Defendants' coordinated conduct violates 15 U.S.C. § 1692e, 15 U.S.C. § 45(a) (FTC Act), and S.C. Code § 37-6-108, which prohibit deceptive and unfair financial practices.

## D. Resulting Economic and Trust Damages

The unlawful freezing of trust assets prevented Plaintiff from fulfilling contractual obligations under federal procurement agreements, damaging Nipsey'z Checkmate Inc.'s credit and contracting eligibility.

The resulting harm constitutes economic tort, emotional distress, and loss of fiduciary confidence in financial institutions.

# V. DAMAGES AND RELIEF REQUESTED

Plaintiff respectfully requests this Honorable Court to:

1. Enter Judgment against Defendants Truist Bank, Mike McGuire, Rachel Sickles, and Sure Payroll, jointly and severally, for fiduciary breach and financial misconduct.

2. Award Compensatory Damages of $5,000,000 per Defendant, representing direct economic and reputational losses.

3. Award Punitive Damages of $5,000,000, for intentional and willful misconduct.

4. Issue Declaratory Relief that Defendants' conduct violated UCC Articles 3 and 9, federal fiduciary laws, and South Carolina trust and contract law.

5. Order Injunctive Relief requiring the immediate restoration of all business and trust accounts wrongfully closed, with interest and fees reimbursed.

6. Refer Defendants to the Federal Deposit Insurance Corporation (FDIC) and the Consumer Financial Protection Bureau (CFPB) for compliance investigation.

## VI. PRAYER FOR RELIEF

"When those trusted to guard the vault betray the very keyholders, faith itself becomes collateral. Plaintiff prays this Court restore balance, demand accountability, and remind every corporate steward that no charter stands above justice nor any profit above principle."

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was served upon the following Defendants by certified U.S. Mail and/or electronic service, in accordance with FRCP 5(b)(2) and Local Civil Rule 83.I.08 (D.S.C.), this ____ day of _____, 2025:

- Mike McGuire, CFO, Truist Bank

    214 N. Tryon Street, Charlotte, NC 28202

- Rachel Sickles, Account Officer, Truist Bank

    401 E. North Blvd., Florence, SC 29506

- Sure Payroll, Inc.

    Attn: Legal Department

4

1728  Brandon                 7

905 Wood Branch Rd (Alligator to James Turner to Wood Branch)  8

3309 Ebenezer Chase Drive       8

~~4941 Jordan Circle Timmonsville~~

~~1207 E McIver Rd   8~~

1924 Longwood           7:30

Florence Elks Lodge              2220 W Jody Rd    8

2569 Heathway Drive         7:30

2350 Ravine Way, Glenview, IL 60025

---

Respectfully Submitted,

/s/ Travis Sintell McCrae

Travis Sintell McCrae, Pro Se

Principal Officer, Nipsey'z Checkmate Inc.

Trustee, Travis Sintell McCrae Living Trust

1901 W. Evans St., Unit 6937

Florence, SC 29501

(843) 618-4228

Travis@NipseyzCheckmate.com

10/17/25